### 14061.   BELCHER v. THE STATE.

LUKE, J. The only assignment of error in this case is upon the ground that the evidence does not authorize the verdict. Upon conflicting evidence the verdict is fully authorized. The court having approved the verdict, it was not error to overrule the motion for a new trial.
Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.
DECIDED MARCH 6, 1923.

Accusation of possession of intoxicating liquor; from city court of Thomasville — Judge W. H. Hammond. October 30, 1922.

Ira Carlisle, for plaintiff in error.

H. J. MacIntyre, solicitor, contra.